

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00386-CV

**IN THE INTEREST OF J.A.T., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01687
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 14, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk